# United States Court of Appeals

## For the Eighth Circuit

_____

No. 22-2964

_____

Paul Huston

*Plaintiff - Appellant*

Michael Millsap; Syveno Jewell Wright

*Plaintiffs*

v.

Kelly Kennedy Garcia, Director DHS; Rick Schults, Administrator; Jacey Benson, R/N; Jill Webb, ARNP; Julie Peterson, Dietician

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Northern District of Iowa - Western

_____

Submitted: January 27, 2023
Filed: February 13, 2023
[Unpublished]

_____

Before GRUENDER, MELLOY, and STRAS, Circuit Judges.

_____

PER CURIAM.

Paul Huston, a patient in Iowa's Civil Commitment Unit for Sexual Offenders, appeals the district court's[1] grant of summary judgment to officials and staff members he accuses of improperly restricting him to a "healthy diet." Having carefully reviewed the record and the parties' arguments on appeal, we conclude that there are no material facts in dispute and the defendants are entitled to judgment as a matter of law. *See Odom v. Kaizer*, 864 F.3d 920, 921 (8th Cir. 2017) (reviewing a grant of summary judgment de novo); *Madewell v. Roberts*, 909 F.2d 1203, 1208 (8th Cir. 1990) (explaining that claims under 42 U.S.C. § 1983 need "a causal link" or "personal connection" between the named defendants and the alleged violations). We accordingly affirm the judgment of the district court. *See* 8th Cir. R. 47B.

_____

[1]The Honorable Leonard T. Strand, Chief Judge, United States District Court for the Northern District of Iowa.